IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| RUDOLPH POLSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:13cv366-WHA |
| | ) | (WO) |
| STATE OF ALABAMA, SCOTT HASSELL, LUTHER STRANGE, & TODD ENTREKIN, | ) ) ) | |
| | ) | |
| Respondents. | ) | |

## **JUDGMENT**

In accordance with the Order entered in this case on this day,

Final Judgment is entered in favor of the Respondents and against the Petitioner and this case is Dismissed with prejudice. Costs are taxed against the Plaintiff.

Done this 29th day of September, 2016.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE